IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Linda Butterman,              :

    Plaintiff,             :

  v.                         :   Case No. 2:08-cv-137

Michael J. Astrue, Commissioner
of Social Security,           :   JUDGE FROST

    Defendant.             :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 5, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE